


# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE SUSPENSION OF ATTORNEYS FOR FAILURE TO COMPLY WITH 2019 LICENSING REQUIREMENTS | ) | SUSPENSION ORDER<br><br>SUPREME COURT NO. 201,854-8 |

Pursuant to the Rules for Enforcement of Lawyer Conduct (ELC), specifically ELC 15.5(b), and Admission and Practice Rules (APR) 11, 17 and 26, and the Bylaws of the Washington State Bar Association (WSBA), the WSBA Interim Executive Director filed a recommendation that the 139 lawyers named therein be suspended from the practice of law for failure to comply with one or more of the 2019 licensing requirements: payment of licensing fees and assessments (APR 17(a)(2)(A), WSBA Bylaws Art. III Sec. 1.3; failure to file a trust account declaration (ELC 15.5(b), APR 17(a)(2)(E); failure to file a professional liability insurance disclosure form (APR 26(c), APR 17(a)(2)(D); and failure to comply with mandatory continuing legal education requirements (APR 11(c) and (i), APR 17(a)(2)(C). The Interim Executive Director's recommendation states that the WSBA delivered 60 days' written notice to each of the named lawyers at their last known address of record by certified mail on March 8, 2019. The recommendation also certifies that the list of lawyers named therein is correct based upon the records of the WSBA.

The Court is satisfied that the following named lawyers have not complied with the 2019 licensing requirements and that they were given the required pre-suspension notice by certified mail.

IT IS ORDERED:

The following named lawyers are administratively suspended from the practice of law in the State of Washington for failure to comply with the 2019 licensing requirements as specified below:

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 831 | Roland L. Hjorth | Licensing Fees | | | |
| 977 | Vincent A. Retacco | Licensing Fees | Insurance | Trust Account | |
| 1460 | Richard Francis Jones | Licensing Fees | | | |
| 2409 | Daniel Boone Allison II | Licensing Fees | | | |
| 2817 | James Michael Caraher | Licensing Fees | Insurance | Trust Account | |
| 2948 | John Franklin Sherwood | | Insurance | Trust Account | |
| 2994 | James Christopher Sloane | Licensing Fees | | | |
| 3893 | David Whipple Wyckoff | Licensing Fees | | | |
| 4220 | Rick Smith Jr. | Licensing Fees | Insurance | Trust Account | |
| 4303 | Ronald C. Wilkinson | Licensing Fees | | | |
| 5091 | Lonnie G. Davis | Licensing Fees | | | |
| 5371 | Robert Gene Taylor | Licensing Fees | | | |
| 5387 | Paul Gerrit Van Wagenen | Licensing Fees | | | |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 6237 | John Rolfing Muenster | Licensing Fees | Insurance | Trust Account | |
| 6598 | Conrad Oliver Gardner | Licensing Fees | | | |
| 7617 | Gary Ross Duvall | Licensing Fees | | | |
| 7688 | David John Lenci | Licensing Fees | Insurance | Trust Account | |
| 8563 | John W. Schedler | Licensing Fees | | | |
| 8742 | Thomas A. Haven | Licensing Fees | | | |
| 9403 | Scott Lee Schmidtman | Licensing Fees | | | |
| 11123 | Christopher C. Meleney | Licensing Fees | | | |
| 11354 | Richard T. Platt | Licensing Fees | | | |
| 11441 | Brent Eric Anderson | Licensing Fees | | | |
| 12423 | James J. Sullivan | Licensing Fees | Insurance | Trust Account | |
| 13152 | Ann Louise Lange | Licensing Fees | Insurance | Trust Account | |
| 14085 | Timothy Shane O'Neill | Licensing Fees | Insurance | Trust Account | MCLE |
| 14553 | Michael K. Taylor | | | | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 14870 | Edward Neil Ramras | Licensing Fees | Insurance | Trust Account | MCLE |
| 15371 | Mary Forrestal O'Boyle | Licensing Fees | Insurance | | MCLE |
| 15939 | Robert H. Rowan | Licensing Fees | Insurance | Trust Account | MCLE |
| 16585 | David B. Adler | Licensing Fees | Insurance | Trust Account | |
| 16844 | Sherry Hemming Rogers | Licensing Fees | Insurance | Trust Account | MCLE |
| 16945 | Moni Trenise Law | Licensing Fees | | | |
| 17575 | Kevin Walsh Quigley | Licensing Fees | | | |
| 17684 | Patrick J. Lakey | | | | MCLE |
| 17985 | Barry W. Brandon | Licensing Fees | | | MCLE |
| 18049 | Timothy Milton Hanstad | Licensing Fees | | | |
| 18304 | Nathan Harry Douglas | Licensing Fees | | | |
| 18375 | Anne Johnson Kenefick | Licensing Fees | | | |
| 18442 | Raymon Eustace Thomas | Licensing Fees | | | |
| 18907 | Michael W. Furtado | Licensing Fees | | | |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 19024 | Joy R. Pearl | Licensing Fees | | | |
| 19372 | Colleen Andrea Christensen | Licensing Fees | Insurance | Trust Account | MCLE |
| 19411 | Marjorie R. Gregg | Licensing Fees | | | |
| 19822 | Polly Becker | | | | MCLE |
| 19873 | Thomas G. DeLong | Licensing Fees | | | |
| 19906 | John Joseph Gregory | Licensing Fees | | | |
| 20436 | Stephen Henry Good Jr. | Licensing Fees | Insurance | Trust Account | |
| 20740 | Neil Leavitt | Licensing Fees | | | |
| 22959 | Andrea McNamara Doyle | | | | MCLE |
| 23071 | Della J. Moore | Licensing Fees | Insurance | Trust Account | MCLE |
| 23382 | Stephen J. Brooks | Licensing Fees | | | |
| 24335 | Henry J. Knies | Licensing Fees | | | |
| 24401 | Claudia Marie Balducci | Licensing Fees | | | |
| 24709 | Robert E. Scott | Licensing Fees | | | |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 24840 | Steven Henry Larrabee | Licensing Fees | | | |
| 25044 | Robert B. Hanson | Licensing Fees | | | |
| 25450 | Gary N. Mager | Licensing Fees | | | |
| 25807 | Michael B. Cahill | Licensing Fees | | | |
| 25867 | Harold W. Peterson | Licensing Fees | | | |
| 26110 | Mark R. Stephens | Licensing Fees | | | |
| 26412 | Aaron K. Benevich | Licensing Fees | Insurance | Trust Account | MCLE |
| 26431 | D.C. Peter Chu | Licensing Fees | Insurance | Trust Account | MCLE |
| 26731 | John Francis Russo | Licensing Fees | | | |
| 26977 | Stanley N. Protigal | Licensing Fees | | | |
| 27120 | Anthony Frey | Licensing Fees | | | |
| 27310 | Jerrilynn Hadley | Licensing Fees | | | |
| 27328 | C. Edward Adams | Licensing Fees | | | |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 27349 | James P.F. McLaughlin | Licensing Fees | Insurance | Trust Account | |
| 28522 | Jarrett Todd Bostwick | Licensing Fees | | | |
| 29356 | Cherilyn Gayle Church | | Insurance | Trust Account | MCLE |
| 29968 | Robyn Y. Friedman | Licensing Fees | Insurance | Trust Account | |
| 30583 | Robin J. Williams | Licensing Fees | | | |
| 31096 | Sara S. Bowen | Licensing Fees | Insurance | Trust Account | |
| 31121 | Ronald C. Mitchell | Licensing Fees | | | |
| 31274 | Susan Lee Walberg | Licensing Fees | | | |
| 31492 | Mark Anthony Wheeler | Licensing Fees | Insurance | Trust Account | |
| 31542 | Leslie Louise Lewallen | Licensing Fees | | | |
| 31933 | Brian J. Bova | Licensing Fees | | | |
| 31964 | Heather R. Self | Licensing Fees | | | |
| 31970 | Ryan Michael Garvey | Licensing Fees | | | |
| 32182 | Devra D. Featheringill | | | | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 32187 | Joseph T. Hagen | | Insurance | Trust Account | MCLE |
| 32313 | Sooaa Yoo | | | | MCLE |
| 32489 | Vaughn E. Bunch | Licensing Fees | | | |
| 32776 | Daniel Louis Dvorkin | Licensing Fees | Insurance | Trust Account | MCLE |
| 33248 | Jennifer C. Mackay | | | | MCLE |
| 33285 | Sheri L. Deterling | | | | MCLE |
| 33294 | Jerry J. Davis | | | | MCLE |
| 33581 | Grant D. Wenzlick | Licensing Fees | Insurance | Trust Account | |
| 33968 | Joseph W. Ransiear | Licensing Fees | | | |
| 34564 | David Rosenberg | Licensing Fees. | | | |
| 34594 | Douglas N. Woods | Licensing Fees | Insurance | Trust Account | |
| 36407 | Penelope Olga Green | | Insurance | Trust Account | |
| 36654 | Richard A. Laws | Licensing Fees | Insurance | Trust Account | MCLE |
| 36734 | Ryan Neal | Licensing Fees | Insurance | Trust Account | MCLE |
| 36898 | Peter William Choquette | | Insurance | Trust Account | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 37102 | Steven J. Contos | Licensing Fees | | | |
| 37130 | Josephine Hsin-Min Lai | Licensing Fees | Insurance | Trust Account | MCLE |
| 37372 | Rosemary C. Lumpkins | Licensing Fees | | | |
| 37501 | Patrick G. Rowe | Licensing Fees | Insurance | Trust Account | |
| 37646 | Christian K. Kim | Licensing Fees | | | |
| 38332 | Mark Richard McLean | Licensing Fees | Insurance | Trust Account | |
| 38340 | Shelley R. Miller | Licensing Fees | Insurance | Trust Account | |
| 38565 | Christopher Z. Wade | Licensing Fees | | | |
| 38728 | David Loren Tuttle | Licensing Fees | | | |
| 39173 | Stephanie Ann Garabedian | Licensing Fees | | | |
| 39965 | Bruce Morse Larsen | Licensing Fees | Insurance | Trust Account | MCLE |
| 39997 | Cherry Lee Davis | Licensing Fees | Insurance | Trust Account | MCLE |
| 40426 | Christy C. Kunin | Licensing Fees | Insurance | Trust Account | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 41049 | Peter Boyd Wilburn | Licensing Fees | Insurance | Trust Account | MCLE |
| 41217 | Travis McLeod Joyner | Licensing Fees | Insurance | Trust Account | |
| 41250 | Jason M. Zittel | Licensing Fees | Insurance | Trust Account | |
| 41316 | Michael S. Kenway | Licensing Fees | | | |
| 41577 | Christopher Philippides | Licensing Fees | | | |
| 41672 | Richard J. Welt | Licensing Fees | Insurance | Trust Account | |
| 42409 | Sara Kelly | Licensing Fees | Insurance | Trust Account | |
| 44688 | Lyra Dorothy Myers | Licensing Fees | Insurance | Trust Account | |
| 45737 | Kathryn Anne Kuhlenberg | Licensing Fees | | | |
| 45817 | Jason Rene Jones | Licensing Fees | | | |
| 47915 | Brian Michael Lebsock | Licensing Fees | Insurance | Trust Account | |
| 48182 | Ryan Matthew Pesicka | | | | MCLE |
| 48383 | Blake Alan Robertson | Licensing Fees | Insurance | Trust Account | MCLE |
| 48417 | Hillary Dione Mace | Licensing Fees | Insurance | Trust Account | MCLE |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 49019 | Homan Faghihi-Naraghi | Licensing Fees | | | |
| 49177 | Adam Bloom | Licensing Fees | | | |
| 49209 | Aisha Satooka Sanchez | Licensing Fees | Insurance | Trust Account | |
| 49308 | Chris Patrick Livingston Jr. | Licensing Fees | Insurance | Trust Account | |
| 49523 | Patty L. Wisecup | Licensing Fees | Insurance | Trust Account | |
| 50299 | Andrew Nathan Pierce | Licensing Fees | Insurance | Trust Account | |
| 50431 | Margaret Roth Riley | Licensing Fees | Insurance | Trust Account | |
| 50689 | Philip Huang | Licensing Fees | Insurance | Trust Account | |
| 51023 | Laura Hoopis | Licensing Fees | Insurance | Trust Account | |
| 51434 | Amelia Ostholthoff | Licensing Fees | Insurance | Trust Account | |
| 51616 | Brianna Kranz | Licensing Fees | Insurance | Trust Account | |
| 51687 | Martin Prybylski Esq | Licensing Fees | Insurance | Trust Account | |
| 52352 | Harold R. Kyles | Licensing Fees | Insurance | Trust Account | |
| 52509 | James Dongjoon Lee | Licensing Fees | Insurance | Trust Account | |

| License # | Name | Reason(s) | | | |
|---|---|---|---|---|---|
| 53460 | Michael George Lewis | Licensing Fees | Insurance | Trust Account | |

The effective date of suspension is the date of this order. The Washington State Bar Association is directed to notify each of the named lawyers of their suspension from the practice of law for failure to comply with 2019 licensing requirements.

DATED at Olympia, Washington this 8th day of May, 2019.

For the Court

Fairhurst, CJ.

CHIEF JUSTICE