UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of D. C. Peter Chu

WSBA No. 26431

Case No. 2:19-rd-00043

ORDER TO SHOW CAUSE

This matter comes before the Court under General Rule 2(f)(6) of the Local Rules of the United States District Court for the Western District of Washington.  The Court has been informed that you have been suspended from the practice of law by the Washington State Supreme Court.  See "Order" Supreme Court No. 201,854-8 (May 8, 2019).  Based on this information, you are hereby **ORDERED TO SHOW CAUSE** within **30 days** why reciprocal discipline should not be imposed by this Court.  Failure to timely respond to this Order shall be deemed acquiescence to reciprocal discipline by this Court.[1]  If you have electronic filing privileges in this district, any response to this Order may be filed in CM/ECF under the above cause number.  Otherwise, any response to this Order should be directed to William M. McCool, the Clerk of the Court at:  US Courthouse; 700 Stewart Street, Suite 2310; Seattle, WA 98101.

---

[1] Should you choose to respond to this Order, you must produce a certified copy of the entire record from the Washington State Bar Association and the Washington State Supreme Court or persuade the Court that less than the entire record will suffice.

ORDER TO SHOW CAUSE

Dated June 13, 2019.

*Walter T. McGovern*

WALTER T. MCGOVERN
United States District Judge

ORDER TO SHOW CAUSE