UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of D C Peter Chu

WSBA No. 26431

Case No 2:19-rd-00043

ORDER OF RECIPROCAL DISCIPLINE

The matter comes before the Court under General Rule 2(f) of the Local Rules of the United States District Court for the Western District of Washington. Thirty days has elapsed since the Court was informed that D C Peter Chu was suspended by the Washington State Supreme Court; and D C Peter Chu was afforded the opportunity to show good cause within thirty days why D C Peter Chu should not be suspended; no good cause having been shown;

It is ORDERED THAT D C Peter Chu is suspended from practice before this Court.

Dated July 25, 2019.

*Walter T. McGovern*

WALTER T. MCGOVERN
United States District Judge